**Christopher Lamar JACKSON,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America,**
**Defendant–Appellee.**

No. 11–7652.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Christopher Lamar Jackson, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lamar Jackson appeals the district court's order granting the government's motion to dismiss his action seeking the return of personal property. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Jackson's informal brief does not challenge the basis for the district court's disposition, Jackson has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*